IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHRISTOPHER W. YOUNG,          :
                                   :
         Plaintiff(s),          :
                                   :   Case Number: 1:06cv481
      vs.                   :
                                   :   District Judge Susan J. Dlott
WARDEN, PICKAWAY CORRECTIONAL
INSTITUTION,                 :
                                   :
         Defendant(s).       :

ORDER

The Court has reviewed the Report and Recommendations of United States Chief

Magistrate Judge Michael R. Merz filed on October 9, 2007(Doc. 9), to whom this case was

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 26, 2007,

hereby ADOPTS said Report and Recommendations.

Accordingly, the Petition (Doc. 1) is **DISMISSED WITH PREJUDICE.** Reasonable

jurists will not disagree with this conclusion. Petitioner is **DENIED** leave to appeal *in forma*

*pauperis* and any requested certificate of appealability.

IT IS SO ORDERED.

                                           ___s/Susan J. Dlott_____
                                           Susan J. Dlott
                                           United States District Judge